**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

SONYA LARKINS                                                                                              PLAINTIFF

vs.                                                     No. 3:04cv00183-JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 26th day of September, 2005.


                                                              s/ John F. Forster, Jr.
                                        UNITED STATES MAGISTRATE JUDGE